```
FILED
April 30, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ROBERT CARILLO,<br><br>        Defendant. | CASE NUMBER: 2:12-mj-00050 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Robert Carillo</u>; Case <u>2:12-mj-00050 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's brother, Randy Carillo

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/30/2012</u> at 2:25 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge