The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA | Case Number: 12-CR-0185 JAM |
| V. | **STIPULATION AND [PROPOSED] ORDER** |
| ROBERT CARILLO | **DATE: 12/18/13**<br>**TIME: 2 PM**<br>**DEPT: HON. ALLISON CLAIRE** |

In the above captioned matter a Pretrial Release Violation was filed regarding the above captioned Defendant on December 12, 2013 by Pretrial Services Officer Darryl Walker. The matter was set for 2 p.m. on December 18, 2013 before the Hon. Allison Claire.

Subsequent to December 12, 2013 Defense counsel Olaf W. Hedberg was notified of a death in his family. A viewing is set for the evening of Wednesday, December 18, 2013 and funeral services are set for the afternoon of December 19, 2013 both in New York. In order to attend these events it is necessary for Defense counsel to travel on December 18, 2013.

I have spoken with AUSA Jason Hitt and PTSO Darryl Walker and both have agreed to postpone the hearing of the Pretrial Release Violation to December 23, 2103 at 2 p.m.. I have consulted with Ms. Valerie Callan and she has indicated that the proposed date is available for the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/13                               /s/ *Olaf W. Hedberg*
                                              Olaf W. Hedberg

   IT IS SO STIPULATED:

The hearing on the Pretrial Release Violation filed on 12/12/13 in the above captioned matter in the matter of *US v. Carillo* 12-185 JAM be continued to 12/23/13 at 2 p.m. before the Hon. Allison Claire.

Dated:    12/17/13                            /s/ *Olaf W. Hedberg*
                                              Olaf W. Hedberg,
                                              Atty. for Robert Carillo

Dated:    12/17/13                            /s/ *Darryl Walker*
                                              Darryl Walker,
                                              Pretrial Services Officer

Dated:    12/17/13                            /s/ *AUSA Jason Hitt*
                                              Jason Hitt,
                                              United States Atty.

**IT IS SO ORDERED:**

That the hearing on the Pretrial Release Violation petition in the matter of *US v. Robert Carrillo* 12-0185 JAM, filed by Pretrial Services Officer on December 12, 2013 and set for December 18, 2013 at 2 p.m before the Hon . Allison Claire, be continued to 2 p.m. December 23, 2013 before the Hon. Allison Claire.

Dated: December 17, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE