The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>ROBERTO CARRILLO | Case Number:  CR 12-185 TLN<br><br>**STIPULATION AND ORDER FOR TEMORARY RELEASE TO ATTEND FAMILY LAW HEARING** |

   The defendant's ex-wife, Kylie Redondo, has filed a petition with the Merced County Superior Court seeking to change the names of defendant's children from Isabella Alexia Carrillo to Isabella Alexia Redondo and Demilio Roberto Carrillo to Demilo Redondo. That hearing is scheduled for Merced Superior Court, 627 W. 21st St., Merced, CA 95390 for 8:15 am, July 23,

2015 in Dept. 8 before the Hon. David Proletti (case #15CV-01596)[1]. Counsel for the government, Jason Hitt, and for the defendant, Olaf W. Hedberg, hereby stipulate and agree that defendant Roberto Carrillo be released from the Sacramento County jail the morning of July 23, 2015, and that Mr. Carrillo be released to defense counsel or the defense investigator, acting as a third party custodian, for the purpose of being transported to the hearing. Defense counsel or the defense investigator will supervise Mr. Carrillo and act as third party custodian during the hearing, and will return Mr. Carrillo to the United states Marshal's Office at the conclusion of the court hearing, and in no case later than 4:00 p.m.

The defendant's family will provide Mr. Carrillo' street clothes. Counsel has discussed this arrangement with the United States Marshal's Office.  Counsel has also discussed these arrangements with Pretrial Services Officer Darryl Walker, who has no objection to this temporary release.

DATED: July 16, 2015              /s/  Olaf W. Hedberg, Attorney for Defendant,
                                          Roberto Carrillo

DATED: July 16, 2015              /s/ Jason Hitt, Assistant U.S. Attorney
                                          For the Government

---

[1] A copy of the Order to Show Cause cover sheet has been filed as an exhibit to accompany this Stipulation and [Proposed] Order.

ORDER

IT IS HEREBY ORDERED that defendant Roberto Carrillo be released from the Sacramento County Jail to the United States Marshal's Office by 5:30 a.m. on July 23, 2015. It is further ordered that Mr. Carrillo be released to defense counsel or the defense investigator, who will serve as a third party custodian of Mr. Carrillo. Counsel or the defense investigator is directed to transport and accompany Mr. Carrillo to the Merced Superior Court, 627 W. 21st St., Merced, CA 95390 8:15 am, July 23, 2015 in Dept. 8 before the Hon. David Proletti (case #15CV-01596) for the purpose of attending the Family Law hearing. Mr. Carrillo is ordered to return to the United States Marshal's Office upon the conclusion of the proceedings, and in no event later than 4:00 p.m. on July 23, 2015. Mr. Carrillo is ordered to comply with all directions of the third party custodian.

DATED: July 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE