1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  2:12-CR-0185 TLN

12                         Plaintiff,        STIPULATION AND ORDER RESETTING
                                             HEARING DATE ON DEFENDANT'S MOTION
13              v.                           FOR BAIL REVIEW

14  ROBERT CARRILLO,

15                         Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING          1
HEARING ON DEFENDANT'S MOTION

1

**STIPULATION**

2      Plaintiff United States of America, by and through its counsel of record, and defendant Robert

3  CARRILLO, by and through his counsel of record, Dustin Johnson, Esq., stipulate and agree that the

4  hearing date for defendant's renewed motion for bail review, Docket No. 202, should be reset from

5  March 27, 2017, at 2:00 p.m. to Wednesday, March 29, 2017, at 2:00 p.m.

6

7      IT IS SO STIPULATED.

8                                                                    PHILLIP A. TALBERT
                                                                     United States Attorney
   Dated:  March 24, 2017

9

10                                                                   /s/JASON HITT
                                                                     JASON HITT
11                                                                   Assistant United States Attorney

12

13                                                                   /s/DUSTIN JOHNSON
                                                                     DUSTIN JOHNSON, Esq.
                                                                     Counsel for Defendant, authorized to sign for Mr.
14                                                                   Johnson on March 23, 2017

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING                    2
HEARING ON DEFENDANT'S MOTION

**ORDER**

Based upon the stipulation of counsel, **IT IS HEREBY ORDERED** that the hearing on defendant's renewed motion for bail review will be held on March 29, 2017, at 2:00 p.m.

**IT IS SO ORDERED**.

Dated:  March 24, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION