UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT CARRILLO,

Defendant.

Case No. 2:12-cr-00185-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT CARRILLO, Case No. 2:12-cr-00185-TLN Charge 21 U.S.C. § 841(a0 (1) , from custody

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $  $_____

\_\_\_\_\_ Unsecured Appearance Bond $  $_____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Previously imposed Pretrial Supervision/Conditions.

Issued at Sacramento, California on May 4, 2017 at 11:05 A.M.

By: _____

Troy L. Nunely, United District Judge

**FILED**

MAY 04 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
          DEPUTY CLERK