Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Robert Carrillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CARRILLO,<br><br>    Defendant. | Case No. 2:12-cr-185 TLN<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt, and Dustin D. Johnson, Counsel for Robert Carrillo, that the status conference date of May 18, 2016 be vacated. The case is currently set for Jury Trial on January 8, 2018 with a Trial Confirmation Hearing on December 9, 2018.

There is a current T4 exclusion to January 8, 2018.

This stipulation applies only to defendant Robert Carrillo.

Dated: May 16, 2017                          Respectfully submitted,

/s/ Dustin D. Johnson
Dustin D. Johnson
Counsel for Robert Carrillo

///

1

2  Dated: May 16, 2017                           PHILLIP A. TALBERT
                                                Acting United States Attorney
3

4                                               /s/ Jason Hitt (approved via email)
                                                JASON HITT
5                                               Assistant U.S. Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2 2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
3 Phone: (877) 377-8070
Fax: (916) 244-9889
4

5 Attorney for Robert Carrillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ROBERT CARRILLO,<br><br>              Defendant. | Case No. 2:12-cr-185 TLN<br><br>**ORDER TO VACATE STATUS CONFERENCE** |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.

Dated: May 16, 2017

_____
Troy L. Nunley
United States District Judge