1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CARRILLO,<br><br>　　　　　Defendant. | Case No.  2:12-cr-185 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JURY TRIAL**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: May 21, 2018** |

　　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jason Hitt and Amanda Beck, Assistant United States Attorneys and Dustin D. Johnson, Counsel for Robert Carrillo, that the trial confirmation hearing date of December 7, 2017 and trial date of January 8, 2018 be vacated, and the matter be set for trial confirmation hearing on April 19, 2018 at 9:30 a.m. and the matter be set for trial on May 21, 2018 at 9:00 a.m. under Local Code T4. The reason for this continuance is that due to defense counsel's current trial schedule, defense counsel has limited time to prepare. Defense counsel also needs additional time to obtain and review additional discovery, research possible motions and perform additional investigation. Mr. Carrillo agrees with this continuance.

　　　　　The prosecutors have authorized defense counsel to sign this stipulation on their behalf.

　　　　　Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a trial within the original date

prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2018 to May 21, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 27, 2017                     Respectfully submitted,

                                                        /s/ Dustin D. Johnson
                                                       Dustin D. Johnson
                                                       Counsel for Robert Carrillo

Dated:  November 27, 2017                    PHILLIP TALBERT

                                                       United States Attorney

                                                       /s/ Jason Hitt (approved via email)
                                                       JASON HITT
                                                       Assistant U.S. Attorney

                                                       /s/ Amanda Beck (approved via email)
                                                       AMANDA BECK
                                                       Assistant U.S. Attorney

1  Dustin D. Johnson (SBN: 234008)
   Two Rivers Law, P.C.
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4

5  Attorney for Robert Carrillo

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          Case No.  2:12-cr-185 TLN

11 |         Plaintiff,                 **ORDER TO CONTINUE JURY TRIAL**

12 |     v.                             **Judge: Hon. Troy L. Nunley**
                                        **Time: 9:30 a.m.**
13 | ROBERT CARRILLO,                   **Date: May 21, 2018**

14 |         Defendant.

15

16      The Court, having received, read, and considered the stipulation of the parties, and good

17 cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that

18 the failure to grant a continuance in this case would deny defense counsel reasonable time

19 necessary for effective preparation, taking into account the exercise of due diligence. The Court

20 finds that the ends of justice served by granting the continuance outweigh the best interests of the

21 public and defendants in a speedy trial.

22      The Court orders the Trial Readiness Conference rescheduled for April 19, 2018, at 9:30

23 a.m.  The Court orders the Trial rescheduled for May 21, 2018, at 9:00 a.m. The Court orders the

24 time from the date of this order, up to and including May 21, 2018, excluded from computation of

25 time within which the trial of this case must commence under the Speedy Trial Act, pursuant to

26 18 U.S.C. § 3161(h)(7), and Local Code T4.

27 Dated: November 27, 2017

28
                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge