**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ROBERT CARRILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:12-CR-0185 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| **ROBERT CARRILLO, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Robert Carrillo, by and through his counsel Erin J. Radekin, agree and stipulate to vacate the date set for status conference, October 31, 2019 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to January 16, 2020 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that Ms. Radekin was recently substituted as counsel of record for Mr. Carrillo on September 30, 2019 and needs additional time to review all discovery

Stipulation and Order - 1

in the matter as well as to engage in plea negotiations and other defense preparation, including possible investigation.  The Court is advised that the government concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 16, 2020 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 29, 2019     MCGREGOR W. SCOTT
                            United States Attorney

                             /s/ Jason Hitt
                            JASON HITT
                            Assistant United States Attorney

Dated: October 29, 2019      /s/ Erin J. Radekin
                            ERIN J. RADEKIN
                            Attorney for Defendant
                            ROBERT CARRILLO

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of October 31, 2019 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on January 16, 2020 at 9:30 a.m.  The Court finds excludable time in this matter through January 16, 2020 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons

stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge