**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
ROBERT CARRILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:12-CR-0185 TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **ROBERT CARRILLO, et al**., | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Robert Carrillo, by and through his counsel Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 16, 2020 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 23, 2020 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that Ms. Radekin was recently substituted as counsel of record for Mr. Carrillo, on September 30, 2019. and needs additional time to complete review of

Stipulation and Order - 1

the approximately 2000 pages of discovery and transcripts of the hearing on the motion to enjoin prosecution, investigation, and other defense preparation. The Court is advised that the government concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 23, 2020 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 14, 2020                    MCGREGOR W. SCOTT
                                           United States Attorney

                                            /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States Attorney

Dated: January 14, 2020                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           ROBERT CARRILLO

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of January 16, 2020 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 23, 2020 at 9:30 a.m. The Court finds excludable time in this matter through April 23, 2020 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 14, 2020

Troy L. Nunley
United States District Judge

Stipulation and Order - 3