**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
2012 H Street, Suite 200
Sacramento, CA 95811
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ROBERT CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 2:12-CR-00185-3-TLN |
| Plaintiff, | **ORDER RE MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| **ROBERT CARRILLO,** | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Robert Carrillo's Motion for Appointment of Counsel is granted.  CJA counsel Erin J. Radekin is appointed to represent Mr. Carrillo in a motion pursuant to 28 U.S.C. § 2255 and/or a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

Dated: August 11, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1